UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                                             Chapter 7
                                                                   Case No.: 20-73479-reg
RANDALL GEORGE KOSTER,

                              Debtor.
-------------------------------------------------------------------x

### ORDER APPROVING COMPROMISE AND AUTHORIZING
### TRUSTEE TO ENTER INTO SETTLEMENT AGREEMENT

**UPON** the application (the "Application") of Allan B. Mendelsohn, the chapter 7 trustee

and plaintiff herein (the "Trustee"), by and through his attorneys, The Kantrow Law Group, PLLC,

seeking the entry of an Order approving that certain settlement agreement (the "Settlement

Agreement") entered into by and between the Trustee and Randall George Koster and further

authorizing the Trustee to enter into same, pursuant to Rule 9019 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"); and the matter having come on for a hearing

before the Court on April 4, 2022; and the Trustee having appeared by Fred S. Kantrow, one of

his attorneys; and there being no opposition to the relief sought or said opposition having been

withdraw or otherwise overruled; and the Court having considered the entirety of the record before

it and the representation of counsel and having determined that the relief sought is appropriate and

should be granted, and that the Trustee has demonstrated the exercise of his sound business

judgment and the settlement exceeds the lowest level of reasonableness; it is hereby

**ORDERED** that the Application is granted, and the Trustee is hereby authorized to enter

into the Settlement Agreement with the Debtor; and it is further

**ORDERED** that the Court shall retain jurisdiction over this matter to determine any disputes that may arise hereunder.



Dated: Central Islip, New York
      April 5, 2022

**Robert E. Grossman**
**United States Bankruptcy Judge**